**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on July 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:  Stephanie Garramone,  Debtor(s). | Chapter 13  Case No. 22-12732  Hearing Date: July 13, 2022  Judge: Michael B. Kaplan |
|---|---|

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: July 14, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4879-3574-5316, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____4,662.50_____ for services rendered and expenses in the amount of $_____375.00_____ for a total of $_____5,037.50_____. The allowance is payable:

☒  $__2,037.50____ through the Chapter 13 plan as an administrative priority.

☒  $__3,000.00____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

4879-3574-5316, v. 1