**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on July 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Stephanie Garramone, | Case No. 22-12732 |
| Debtor(s). | Hearing Date: July 13, 2022 |
| | Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: July 14, 2022**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

4879-3574-5316, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc Capone_____, the applicant, is allowed a fee of $_____4,662.50_____ for services rendered and expenses in the amount of $_____375.00_____ for a total of $_____5,037.50_____. The allowance is payable:

☒ $__2,037.50____ through the Chapter 13 plan as an administrative priority.

☒ $__3,000.00____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ___n/a___ months to allow for payment of the above fee.

*rev.8/1/15*

4879-3574-5316, v. 1

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-12732-MBK

Stephanie Garramone     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephanie Garramone, 34 Bennington Way, West Creek, NJ 08092-3227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Ser dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Stephanie Garramone ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4