**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security **0** Assumption of Executory Contract or Unexpired Lease **0** Lien Avoidance

---

**Last Revised August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**IN RE:**

Case No. ______________________
Judge ______________________

**Garramone, Stephanie**
Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

**[ ]** Original **[ X ]** Modified/Notice Required Date: **September 29, 2022**

**[ ]** Motions Included **[ ]** Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan* , which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

**[ ]** DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

**[ ]** DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

**[ ]** DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **MCC** Initial Debtor: **SG** Initial Co-Debtor:

**Part 1: Payment and Length of Plan**

a. The debtor has paid **$ 1237.00** to date and shall pay $ **279.00** per **month** to the Chapter 13 Trustee, starting on **10/01/2022** for approximately **31** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
[X] Future Earnings
[ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
[X] Sale of real property
Description: **34 Bennington Way, West Creek, NJ**
Proposed date for completion: **2/01/2023**

[ ] Refinance of real property
Description:
Proposed date for completion: ________

[ ] Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: ________

d. [X] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ______________________________ (creditor).

b. Adequate protection payments will be made in the amount of $ _________ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to ______________________________ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Gillman, Bruton & Capone, LLC** | **Attorney's Fees** | **Counsel fees shall be paid on an hourly basis at $425.00/hour. A prior fee Order was entered in the amount of $2,037.50 to be paid through the Plan. Counsel** |

| | | |
|---|---|---|
| | | **shall file a fee application within 7 days of confirmation of the modified plan as per the Local Rules. Counsel estimates $1,500.00 shall be paid through the Plan** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence: [ ]NONE**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Select Portfolio Servicing** | **34 Bennington Way, West Creek, NJ 08092-3227** | **148,000.00** | **0.00%** | ***arrears to be paid through sale of residence** | **2,438.39** |
| **Woodstock at Eagleswood HOA** | **34 Bennington Way, West Creek, NJ 08092-3227** | **1,865.00** | **0.00%** | **1,865.00** | **29.17** |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**
The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside |
|---|---|---|---|---|---|

| | | | | | Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**
The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**
1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**f. Secured Claims Unaffected by the Plan [ ] NONE**

The following secured claims are unaffected by the Plan:
**Kia Motors Finance**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| None | | |

**Part 5: Unsecured Claims [ ] NONE**

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _______________ to be distributed *pro rata*
___ Not less than _______ percent
_X_ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

**Part 6: Executory Contracts and Unexpired Leases [X] NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| None | | | | |

**Part 7: Motions [ ] NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [ ] NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

| None | | | | | | |
|---|---|---|---|---|---|---|

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

**Part 8: Other Plan Provisions**

**a. Vesting of Property of the Estate**

_X_ Upon Confirmation
___ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [X] NONE**

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: ________

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| **To extend deadline to sell residence.** | **Extends deadline to sell residence.** |

Are Schedules I and J being filed simultaneously with this Modified Plan? **[ ]** Yes **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **September 29, 2022** ***/s/ Stephanie Garramone***
Debtor

Date: **September 29, 2022** ______________________
Joint Debtor

Date: **September 29, 2022** ***/s/ Marc C. Capone***
Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-12732-MBK

Stephanie Garramone Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Oct 07, 2022 Form ID: pdf901 Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Garramone, 34 Bennington Way, West Creek, NJ 08092-3227 |
| 519548225 | ++++ | ADVANCED RADIOLOGY SOLUTIONS, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Advanced Radiology Solutions, PO Box 6750, Portsmouth, NH 03802-6750 |
| 519548227 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 519548228 | + | C.tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |
| 519548230 | + | Celantano, Stadtmauer & Walentowicz, 1035 US Highway 46, Clifton, NJ 07013-7481 |
| 519561180 | | HOSPITALIST PHYSICIANS OF NJ, PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519548235 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519548236 | | Hackensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19019 |
| 519548237 | | Horizon Blue Cross Blue Shield of NJ, PO Box 10192, Newark, NJ 07101-3120 |
| 519632679 | + | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519548239 | | JFK Medical Center, PO Box 18007, Newark, NJ 07191-8007 |
| 519548241 | | KML Law Group, 316 Haddon Ave Ste 406, Westmont, NJ 08108-1235 |
| 519548242 | | LVNV Funding/Capital One, Credit Control, LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519548244 | | Meridian Laboratory Physicians, PO Box 60280, Charleston, SC 29419-0280 |
| 519548245 | | Meridian Medical Group, PO Box 416923, Boston, MA 02241-6923 |
| 519548246 | | Meridian Medical Group -FAC PRAC, PO Box 416768, Boston, MA 02241-6768 |
| 519548247 | | Meridian Medical Group Retail Clinic, Attn#19597M, PO Box 1400, Belfast, ME 04915 |
| 519548248 | | Michael Harrison, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 519548250 | | Monmouth Ocean Hospital, 4806 Megill Rd Ste 3, Neptune, NJ 07753-6926 |
| 519548251 | | New Jersey Natural Gas, 1415 Wyckoff Rd, Wall, NJ 07719 |
| 519548254 | | Riverview Medical Center, PO Box 34020, Newark, NJ 07189-0001 |
| 519548255 | | Riverview Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519548257 | + | Rutgers Health- RWJMG, PO Box 829650, Philadelphia, PA 19182-9650 |
| 519548259 | | Southern Ocean County Medical Ctr, Trans-Continental Credit & Collection, 44 Broad Pkwy Ste 401, White Plains, NY 10601-3702 |
| 519548260 | | Southern Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519548269 | | Woodstock at Eagleswood HOA, 26 Beckers Cor, West Creek, NJ 08092-3229 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 07 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 07 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519548229 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 20:27:54 | Capital One Bank, 15000 Capital One Dr, Richmond, VA 23238-1119 |

| | | | | |
|---|---|---|---|---|
| 519548231 | | Email/Text: bankruptcy@certifiedcollection.com | Oct 07 2022 20:23:00 | Certified Credit & Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519548232 | | Email/Text: bankruptcy@certifiedcollection.com | Oct 07 2022 20:23:00 | Certified Credit & Collection, PO Box 336, Raritan, NJ 08869-0336 |
| 519548233 | | Email/Text: ebn@rwjbh.org | Oct 07 2022 20:23:00 | Community Medical Center, Payment Processing, PO Box 29969, New York, NY 10087-9969 |
| 519548234 | + | Email/Text: bankruptcy@sccompanies.com | Oct 07 2022 20:24:00 | Country Door/Swiss Colony, PO Box 2830, Monroe, WI 53566-8030 |
| 519576770 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:44 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519548238 | ^ | MEBN | Oct 07 2022 20:22:51 | Hospital Phys of New Jersey, c/o Healthcare Revenue Recovery Group, PO Box 5406, Cincinnati, OH 45273-0001 |
| 519548240 | | Email/Text: EBNBKNOT@ford.com | Oct 07 2022 20:23:00 | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519552322 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519548243 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2022 20:28:18 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 519548249 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 07 2022 20:23:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 519548252 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2022 20:28:56 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519582629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2022 20:28:38 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519582621 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 07 2022 20:28:38 | Portfolio Recovery Associates, LLC, c/o Qvc, POB 41067, Norfolk VA 23541 |
| 519548253 | | Email/Text: blindsay@transcontinentalcredit.com | Oct 07 2022 20:22:00 | Riverview Medical Cente, c/o Trans-Continental Credit & Collectio, 200 E Post Rd Ste 130, White Plains, NY 10601-4959 |
| 519548256 | | Email/Text: RMCbankruptcy@hackensackmeridian.org | Oct 07 2022 20:23:00 | Riverview Medical Center, c/o Meridian Health, PO Box 417140, Boston, MA 02241-7140 |
| 519548258 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 07 2022 20:24:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519548261 | | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 20:28:55 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 519549341 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 07 2022 20:28:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519548263 | | Email/Text: blindsay@transcontinentalcredit.com | Oct 07 2022 20:22:00 | Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 519548264 | | Email/Text: blindsay@transcontinentalcredit.com | Oct 07 2022 20:22:00 | Trans-Continental Credit & Collection, PO Box 5055, White Plains, NY 10602-5055 |
| 519548262 | | Email/PDF: tbiedi@PRAGroup.com | Oct 07 2022 20:28:02 | The Bureaus/Capital One, 1717 Central St, Evanston, IL 60201-1507 |
| 519548265 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 07 2022 20:23:00 | Transworld Systems, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 519548267 | | Email/Text: bankruptcydepartment@tsico.com | Oct 07 2022 20:23:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 519548266 | | Email/Text: bankruptcydepartment@tsico.com | Oct 07 2022 20:23:00 | Transworld Systems, PO Box 15618, Wilmington, |

| | | | |
|---|---|---|---|
| | | | DE 19850-5618 |
| 519631474 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 07 2022 20:24:00 | U.S. Bank N.A., successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519548268 | Email/Text: bankruptcytn@wakeassoc.com | Oct 07 2022 20:22:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519548226 | ## | Alert Ambulance, PO Box 192, Brick, NJ 08723-0192 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Ser dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Stephanie Garramone ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5