| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-12732 / MBK**

Stephanie Garramone

Petition Filed Date: 04/04/2022
341 Hearing Date: 05/05/2022
Confirmation Date: 06/08/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/11/2022 | $200.00 | 549350212 | 06/10/2022 | $200.00 | 970087577 | 07/12/2022 | $279.00 | 970087735 |
| 08/09/2022 | $279.00 | 970088163 | 09/12/2022 | $279.00 | 970088264 | 10/12/2022 | $279.00 | 970088905 |
| 11/09/2022 | $279.00 | 970423931 | 12/14/2022 | $279.00 | 970089311 | 01/11/2023 | $279.00 | 970089480 |
| 02/15/2023 | $279.00 | 970089794 | 03/07/2023 | $279.00 | 970089906 | | | |

**Total Receipts for the Period: $2,911.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,911.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephanie Garramone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»» ORDER 7/14/22 | Attorney Fees | $2,037.50 | $1,522.64 | $514.86 |
| 1 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $672.47 | $0.00 | $672.47 |
| 2 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $680.56 | $0.00 | $680.56 |
| 3 | HOSPITALIST PHYSICIANS OF NEW JERSEY, NA | Unsecured Creditors | $630.00 | $0.00 | $630.00 |
| 4 | HACKENSACK | Unsecured Creditors | $47.70 | $0.00 | $47.70 |
| 5 | HACKENSACK | Unsecured Creditors | $90.00 | $0.00 | $90.00 |
| 6 | HACKENSACK | Unsecured Creditors | $231.97 | $0.00 | $231.97 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/QVC | Unsecured Creditors | $602.13 | $0.00 | $602.13 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $681.59 | $0.00 | $681.59 |
| 9 | US BANK NATIONAL ASSOCIATION<br>»» P/34 BENNINGTON WAY/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $150,109.74 | $0.00 | $150,109.74 |
| 10 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» 2020 KIA SOUL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | Woodstock at Eagleswood HOA<br>»» HOA DUES | Secured Creditors | $1,865.00 | $0.00 | $1,865.00 |
| 12 | Woodstock at Eagleswood HOA<br>»» IMPROPER PDF | No Disbursements: Problem | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»» ORDER 1/12/23 | Attorney Fees | $1,500.00 | $646.08 | $853.92 |

Chapter 13 Case No. 22-12732 / MBK

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $2,911.00 | Plan Balance: | $7,221.00 ** |
| Paid to Claims: | $2,168.72 | Current Monthly Payment: | $279.00 |
| Paid to Trustee: | $224.46 | Arrearages: | $0.00 |
| Funds on Hand: | $517.82 | Total Plan Base: | $10,132.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.