**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Stephanie Garramone, | Case No. 22-12732 |
| Debtor(s). | Hearing Date: May 24, 2023 |
| | Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4873-1236-4381, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____1,925.00_____for services rendered and expenses in the amount of $_____0_____for a total of $_____1,925.00_____. The allowance is payable:

- ☒ $   1,925.00    through the Chapter 13 plan as an administrative priority.
- ☒ $       0       outside the plan.

The debtor's monthly plan is modified to require a payment of $_____304.00_____per month for ___35___ months beginning June 2023 to allow for payment of the above fee.

*rev.8/1/15*

4873-1236-4381, v. 1