Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
732-528-1166
Attorney for Debtor
MC 4795

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

**Stephanie Garramone**

DEBTOR

CASE NO.: **22-12732**

Hearing Date:

Judge: **Michael B. Kaplan**

## CERTIFICATION OF SERVICE

1. I, **Tiffany Vasarkovy**:

    \_\_\_ represent the _____ in the above-captioned matter.

    **X** am the secretary/paralegal for **Marc C. Capone**, who represents the **Debtor** in the above captioned matter.

2. On **August 11, 2023**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Order Respecting Amendment; Amendment to Schedule E/F; Notice of Bankruptcy Case Filing; Chapter 13 Plan

3. I hereby certify that under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 8/11/2023

**/s/ Tiffany Vasarkovy**_____
TIFFANY VASARKOVY

4881-3316-2102, v. 1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo | Chapter 13 Trustee | ___ Hand Delivered<br>___ Regular Mail<br>___Certified mail/RR<br>___ E-mail<br> **X**  Notice of Electronic Filing<br>__Other_____ |
| PayPal Credit<br>PO Box 105658<br>Atlanta, GA 30348 | Creditor | ___ Hand Delivered<br> **X**  Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |
|  |  | ___ Hand Delivered<br>___ Regular Mail<br>___ Certified mail/RR<br>___ E-mail<br>___ Notice of Electronic Filing<br>___ Other_____ |

4881-3316-2102, v. 1