Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−12732−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie Garramone
   34 Bennington Way
   West Creek, NJ 08092−3227

Social Security No.:
   xxx−xx−8473

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 14, 2023.

On October 19, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    November 22, 2023
Time:                    10:00 AM
Location:                Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 20, 2023
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 22-12732-MBK

Stephanie Garramone                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Garramone, 34 Bennington Way, West Creek, NJ 08092-3227 |
| r | + | Noah Ahmed, Homesmart First Advantage Realty, 3310 Long Beach Blvd., Long Beach Twp, NJ 08008-4133 |
| 519548225 | | Advanced Radiology Solutions, PO Box 6750, Portsmouth, NH 03802-6750 |
| 519548227 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 519548230 | + | Celantano, Stadtmauer & Walentowicz, 1035 US Highway 46, Clifton, NJ 07013-7481 |
| 519561180 | | HOSPITALIST PHYSICIANS OF NJ, PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519548235 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519548236 | | Hackensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19019 |
| 519548237 | | Horizon Blue Cross Blue Shield of NJ, PO Box 10192, Newark, NJ 07101-3120 |
| 519548239 | | JFK Medical Center, PO Box 18007, Newark, NJ 07191-8007 |
| 519548241 | | KML Law Group, 316 Haddon Ave Ste 406, Westmont, NJ 08108-1235 |
| 519548242 | | LVNV Funding/Capital One, Credit Control, LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519548244 | | Meridian Laboratory Physicians, PO Box 60280, Charleston, SC 29419-0280 |
| 519548245 | | Meridian Medical Group, PO Box 416923, Boston, MA 02241-6923 |
| 519548246 | | Meridian Medical Group -FAC PRAC, PO Box 416768, Boston, MA 02241-6768 |
| 519548247 | | Meridian Medical Group Retail Clinic, Attn#19597M, PO Box 1400, Belfast, ME 04915 |
| 519548248 | | Michael Harrison, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 519548250 | | Monmouth Ocean Hospital, 4806 Megill Rd Ste 3, Neptune, NJ 07753-6926 |
| 519548251 | | New Jersey Natural Gas, 1415 Wyckoff Rd, Wall, NJ 07719 |
| 519548254 | | Riverview Medical Center, PO Box 34020, Newark, NJ 07189-0001 |
| 519548255 | | Riverview Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519548257 | + | Rutgers Health- RWJMG, PO Box 829650, Philadelphia, PA 19182-9650 |
| 519548259 | | Southern Ocean County Medical Ctr, Trans-Continental Credit & Collection, 44 Broad Pkwy Ste 401, White Plains, NY 10601-3702 |
| 519548260 | | Southern Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519548269 | | Woodstock at Eagleswood HOA, 26 Beckers Cor, West Creek, NJ 08092-3229 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519548228 | + | Email/Text: bankruptcy@ctech-collects.com | Oct 20 2023 20:59:00 | C.tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |
| 519548229 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 20:57:14 | Capital One Bank, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 519548231 | | Email/Text: bankruptcy@certifiedcollection.com | Oct 20 2023 20:59:00 | Certified Credit & Collection, PO Box 1750, |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 57

| | | | | |
|---|---|---|---|---|
| | | | | Whitehouse Station, NJ 08889-1750 |
| 519548232 | | Email/Text: bankruptcy@certifiedcollection.com | Oct 20 2023 20:59:00 | Certified Credit & Collection, PO Box 336, Raritan, NJ 08869-0336 |
| 519548233 | | Email/Text: ebn@rwjbh.org | Oct 20 2023 21:00:00 | Community Medical Center, Payment Processing, PO Box 29969, New York, NY 10087-9969 |
| 519548234 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2023 21:00:00 | Country Door/Swiss Colony, PO Box 2830, Monroe, WI 53566-8030 |
| 519576770 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 20:56:37 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519548238 | ^ | MEBN | Oct 20 2023 20:45:00 | Hospital Phys of New Jersey, c/o Healthcare Revenue Recovery Group, PO Box 5406, Cincinnati, OH 45273-0001 |
| 519632679 | ^ | MEBN | Oct 20 2023 20:45:21 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519548240 | | Email/Text: EBNBKNOT@ford.com | Oct 20 2023 21:00:00 | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519552322 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 20:56:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519548243 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 20:57:45 | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 519548249 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 20:59:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 519548252 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 20:57:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519582629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 20:57:46 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519582621 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 21:11:52 | Portfolio Recovery Associates, LLC, c/o Qvc, POB 41067, Norfolk VA 23541 |
| 519988723 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 21:12:03 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 519548253 | | Email/Text: blindsay@transcontinentalcredit.com | Oct 20 2023 20:58:00 | Riverview Medical Cente, c/o Trans-Continental Credit & Collectio, 200 E Post Rd Ste 130, White Plains, NY 10601-4959 |
| 519548256 | | Email/Text: RMCbankruptcy@hackensackmeridian.org | Oct 20 2023 21:00:00 | Riverview Medical Center, c/o Meridian Health, PO Box 417140, Boston, MA 02241-7140 |
| 519548258 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 20 2023 21:00:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519548261 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 20:56:17 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 519549341 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 21:12:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519548263 | | Email/Text: blindsay@transcontinentalcredit.com | Oct 20 2023 20:58:00 | Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 519548264 | | Email/Text: blindsay@transcontinentalcredit.com | Oct 20 2023 20:58:00 | Trans-Continental Credit & Collection, PO Box 5055, White Plains, NY 10602-5055 |
| 519548262 | | Email/Text: bnc-thebureaus@quantum3group.com | Oct 20 2023 20:59:00 | The Bureaus/Capital One, 1717 Central St, Evanston, IL 60201-1507 |
| 519548265 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 20 2023 21:00:00 | Transworld Systems, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 57

| | | | |
|---|---|---|---|
| 519548267 | Email/Text: bankruptcydepartment@tsico.com | | |
| | | Oct 20 2023 21:00:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 519548266 | Email/Text: bankruptcydepartment@tsico.com | | |
| | | Oct 20 2023 21:00:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 519631474 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Oct 20 2023 21:00:00 | U.S. Bank N.A., successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519548268 | Email/Text: bankruptcytn@wakeassoc.com | | |
| | | Oct 20 2023 20:58:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519548226 | ## | Alert Ambulance, PO Box 192, Brick, NJ 08723-0192 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank N.A.  successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Ser dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | |
| | on behalf of Debtor Stephanie Garramone ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5