Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−12732−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie Garramone
   34 Bennington Way
   West Creek, NJ 08092−3227

Social Security No.:
   xxx−xx−8473

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 30, 2023.

Dated: November 30, 2023
JAN: dmi

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-12732-MBK |
|---|---|
| Stephanie Garramone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephanie Garramone, 34 Bennington Way, West Creek, NJ 08092-3227 |
| r | + | Noah Ahmed, Homesmart First Advantage Realty, 3310 Long Beach Blvd., Long Beach Twp, NJ 08008-4133 |
| 519548225 | | Advanced Radiology Solutions, PO Box 6750, Portsmouth, NH 03802-6750 |
| 519548227 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 519548230 | + | Celantano, Stadtmauer & Walentowicz, 1035 US Highway 46, Clifton, NJ 07013-7481 |
| 519561180 | | HOSPITALIST PHYSICIANS OF NJ, PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519548235 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519548236 | | Hackensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19019 |
| 519548237 | | Horizon Blue Cross Blue Shield of NJ, PO Box 10192, Newark, NJ 07101-3120 |
| 519548239 | | JFK Medical Center, PO Box 18007, Newark, NJ 07191-8007 |
| 519548241 | | KML Law Group, 316 Haddon Ave Ste 406, Westmont, NJ 08108-1235 |
| 519548242 | | LVNV Funding/Capital One, Credit Control, LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519548244 | | Meridian Laboratory Physicians, PO Box 60280, Charleston, SC 29419-0280 |
| 519548245 | | Meridian Medical Group, PO Box 416923, Boston, MA 02241-6923 |
| 519548246 | | Meridian Medical Group -FAC PRAC, PO Box 416768, Boston, MA 02241-6768 |
| 519548247 | | Meridian Medical Group Retail Clinic, Attn#19597M, PO Box 1400, Belfast, ME 04915 |
| 519548248 | | Michael Harrison, 3155 State Route 10 Ste 214, Denville, NJ 07834-3430 |
| 519548250 | | Monmouth Ocean Hospital, 4806 Megill Rd Ste 3, Neptune, NJ 07753-6926 |
| 519548251 | | New Jersey Natural Gas, 1415 Wyckoff Rd, Wall, NJ 07719 |
| 519548255 | | Riverview Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519548254 | | Riverview Medical Center, PO Box 34020, Newark, NJ 07189-0001 |
| 519548257 | + | Rutgers Health- RWJMG, PO Box 829650, Philadelphia, PA 19182-9650 |
| 519548259 | | Southern Ocean County Medical Ctr, Trans-Continental Credit & Collection, 44 Broad Pkwy Ste 401, White Plains, NY 10601-3702 |
| 519548260 | | Southern Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519548269 | | Woodstock at Eagleswood HOA, 26 Beckers Cor, West Creek, NJ 08092-3229 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519548228 | + | Email/Text: bankruptcy@ctech-collects.com | Nov 30 2023 20:42:00 | C.tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |
| 519548229 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2023 20:57:10 | Capital One Bank, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 519548231 | | Email/Text: bankruptcy@certifiedcollection.com | Nov 30 2023 20:42:00 | Certified Credit & Collection, PO Box 1750, |

Case 22-12732-MBK    Doc 79    Filed 12/02/23    Entered 12/03/23 00:14:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 57 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Whitehouse Station, NJ 08889-1750 |
| 519548232 | | Email/Text: bankruptcy@certifiedcollection.com Nov 30 2023 20:42:00 | | Certified Credit & Collection, PO Box 336, Raritan, NJ 08869-0336 |
| 519548233 | | Email/Text: ebn@rwjbh.org Nov 30 2023 20:42:00 | | Community Medical Center, Payment Processing, PO Box 29969, New York, NY 10087-9969 |
| 519548234 | + | Email/Text: bankruptcy@sccompanies.com Nov 30 2023 20:43:00 | | Country Door/Swiss Colony, PO Box 2830, Monroe, WI 53566-8030 |
| 519576770 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 30 2023 20:56:54 | | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519548238 | ^ | MEBN Nov 30 2023 20:39:59 | | Hospital Phys of New Jersey, c/o Healthcare Revenue Recovery Group, PO Box 5406, Cincinnati, OH 45273-0001 |
| 519632679 | ^ | MEBN Nov 30 2023 20:40:18 | | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 519548240 | | Email/Text: EBNBKNOT@ford.com Nov 30 2023 20:42:00 | | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519552322 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 30 2023 20:56:47 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519548243 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 30 2023 20:56:52 | | LVNV Funding/Resurgent Capital, PO Box 10497, Greenville, SC 29603-0497 |
| 519548249 | | Email/Text: bankruptcydpt@mcmcg.com Nov 30 2023 20:42:00 | | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 519548252 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2023 20:56:47 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519582629 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2023 21:07:39 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519582621 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2023 20:57:25 | | Portfolio Recovery Associates, LLC, c/o Qvc, POB 41067, Norfolk VA 23541 |
| 519988723 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 30 2023 20:57:05 | | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 519548253 | | Email/Text: blindsay@transcontinentalcredit.com Nov 30 2023 20:41:00 | | Riverview Medical Cente, c/o Trans-Continental Credit & Collectio, 200 E Post Rd Ste 130, White Plains, NY 10601-4959 |
| 519548256 | | Email/Text: RMCbankruptcy@hackensackmeridian.org Nov 30 2023 20:42:00 | | Riverview Medical Center, c/o Meridian Health, PO Box 417140, Boston, MA 02241-7140 |
| 519548258 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Nov 30 2023 20:42:00 | | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519548261 | | Email/PDF: ais.sync.ebn@aisinfo.com Nov 30 2023 20:57:17 | | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 519549341 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 30 2023 20:56:54 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519548263 | | Email/Text: blindsay@transcontinentalcredit.com Nov 30 2023 20:41:00 | | Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 519548264 | | Email/Text: blindsay@transcontinentalcredit.com Nov 30 2023 20:41:00 | | Trans-Continental Credit & Collection, PO Box 5055, White Plains, NY 10602-5055 |
| 519548262 | | Email/Text: bnc-thebureaus@quantum3group.com Nov 30 2023 20:42:00 | | The Bureaus/Capital One, 1717 Central St, Evanston, IL 60201-1507 |
| 519548265 | + | Email/Text: bankruptcydepartment@tsico.com Nov 30 2023 20:42:00 | | Transworld Systems, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |

Case 22-12732-MBK    Doc 79    Filed 12/02/23    Entered 12/03/23 00:14:01    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2023 | Form ID: plncf13 | Total Noticed: 57 |

| 519548267 | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2023 20:42:00 | Transworld Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 519548266 | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2023 20:42:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 519631474 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 30 2023 20:42:00 | U.S. Bank N.A., successor trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519548268 | Email/Text: bankruptcytn@wakeassoc.com | Nov 30 2023 20:41:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519548226 | ## | Alert Ambulance, PO Box 192, Brick, NJ 08723-0192 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. successor trustee to Bank of America, N.A., successor to LaSalle Bank, N.A., as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Ser dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Stephanie Garramone ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5