**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on January 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:                  | Chapter 13                      |
|-------------------------|---------------------------------|
| Stephanie Garramone,    | Case No. 22-12732               |
| Debtor(s).              | Hearing Date: January 10, 2023  |
|                         | Judge: Michael B. Kaplan        |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: January 11, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

4864-1974-6710, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____3,093.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____3,093.00_____. The allowance is payable:

☒ $ 3,093.00  through the Chapter 13 plan as an administrative priority.

☒ $ 0  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____589..00_____ per month for __15__ months beginning February 2024 to allow for payment of the above fee.

rev.8/1/15

2

4864-1974-6710, v. 1