| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-12732 / MBK**

Stephanie Garramone

Petition Filed Date: 04/04/2022
341 Hearing Date: 05/05/2022
Confirmation Date: 06/08/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2023 | $279.00 | 970089480 | 02/15/2023 | $279.00 | 970089794 | 03/07/2023 | $279.00 | 970089906 |
| 04/18/2023 | $279.00 | 973532654 | 05/23/2023 | $279.00 | 973532902 | 05/23/2023 | $279.00 | 973532891 |
| 08/07/2023 | $304.00 | 973533453 | 08/07/2023 | $304.00 | 973533442 | 10/11/2023 | $304.00 | 97353386 |
| 10/11/2023 | $304.00 | 97353385 | 12/13/2023 | $304.00 | 973534307 | 12/13/2023 | $483.00 | 973534318 |

**Total Receipts for the Period:  $3,677.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,751.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Stephanie Garramone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»»  ORDER 7/14/22 | Attorney Fees | $2,037.50 | $1,891.53 | $145.97 |
| 1 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $672.47 | $0.00 | $672.47 |
| 2 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $680.56 | $0.00 | $680.56 |
| 3 | HOSPITALIST PHYSICIANS OF NEW JERSEY, NA | Unsecured Creditors | $630.00 | $0.00 | $630.00 |
| 4 | HACKENSACK | Unsecured Creditors | $47.70 | $0.00 | $47.70 |
| 5 | HACKENSACK | Unsecured Creditors | $90.00 | $0.00 | $90.00 |
| 6 | HACKENSACK | Unsecured Creditors | $231.97 | $0.00 | $231.97 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/QVC | Unsecured Creditors | $602.13 | $0.00 | $602.13 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $681.59 | $0.00 | $681.59 |
| 9 | US BANK NATIONAL ASSOCIATION<br>»»  P/34 BENNINGTON WAY/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $150,109.74 | $0.00 | $150,109.74 |
| 10 | HYUNDAI CAPITAL AMERICA (HCA)<br>»»  2020 KIA SOUL | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 11 | Woodstock at Eagleswood HOA<br>»»  HOA DUES | Secured Creditors | $1,865.00 | $0.00 | $1,865.00 |
| 12 | Woodstock at Eagleswood HOA<br>»»  IMPROPER PDF | No Disbursements: Problem | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»»  ORDER 1/12/23 | Attorney Fees | $1,500.00 | $1,257.89 | $242.11 |

**Chapter 13 Case No. 22-12732 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Marc C. Capone, Esq.<br>»»  ORDER 5/25/23 | Attorney Fees | $1,925.00 | $1,206.65 | $718.35 |
| 0 | Marc C. Capone, Esq.<br>»»  ORDER 1/11/24 | Attorney Fees | $3,093.00 | $0.00 | $3,093.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,751.00 | Plan Balance: | $10,861.00 ** |
| Paid to Claims: | $4,356.07 | Current Monthly Payment: | $483.00 |
| Paid to Trustee: | $444.29 | Arrearages: | $179.00 |
| Funds on Hand: | $950.64 | Total Plan Base: | $16,612.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**