UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 22-12732 |
| | Chapter: 13 |
| Stephanie Garramone | Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

_____Stephanie Garramone_____, _____the Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____February 28, 2024_____ at 9:00AM a.m. at the United States Bankruptcy Court, courtroom no. ___8___, _____402 East State Street, Trenton, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 34 Bennington Way
West Creek, NJ 08092

Proposed Purchaser: Andrew and Meghan Kunz

Sale price: $765,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Gillman Bruton & Capone/ Noah Ahmed-HomeSmart First Advantage |
| Amount to be paid: | $1,850.00/ $30,600.00 |
| Services rendered: | GBC has represented the Debtor through attorney review, prepare the necessary closing documents on behalf of the Debtor and represent her at closing.
Noah Ahmed, realtor- listed and showed the property to potential buyers. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Gillman, Bruton & Capone, LLC

Address: 60 Highway 71, Unit 2 Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*