**GILLMAN, BRUTON & CAPONE, LLC**

Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on May 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 13 |
| Stephanie Garramone, | Case No. 22-12732 |
| Debtor(s). | Hearing Date: N/A |
|  | Judge:  Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: May 24, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4857-7662-4831, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____993.50_____for services rendered and expenses in the amount of $_____0_____for a total of $_____993.50_____.  The allowance is payable:

☒  $_____0_____ through the Chapter 13 plan as an administrative priority.

☒  $____993.50_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____per month for ____n/a____months to allow for payment of the above fee.

*rev.8/1/15*

4857-7662-4831, v. 1